FILED
HARRISBURG, PA

OCT 15 2026

PER ________
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIM NO. 4:26-CR-247**

**v.** :

**NINA NYAWARA,** :
**Defendant.** :

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about November 5, 2024, in Snyder County, within the Middle District of Pennsylvania, the defendant

**NINA NYAWARA,**

an alien, knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, United States Senator, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

BRIAN D. MILLER
United States Attorney

______________________ 10/15/26 ______________________
SCOTT R. FORD Date
Assistant United States Attorney