# AFFIDAVIT OF PROBABLE CAUSE

I, Robert Mayer, being duly sworn, depose and state the following:

## INTRODUCTION

1. This Affidavit accompanies an Information charging NINA NYAWARA ("NYAWARA"), with Voting as an Alien in violation of 18 U.S.C. §611 and establishes probable cause to believe that NYAWARA committed the offenses charged in that Information.

2. I am a Special Agent with Homeland Security Investigations, having personally participated in an investigation of the conduct of defendant NYAWARA and having spoken with other law enforcement officers and individuals, have knowledge of the following facts. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516, Title 18, United States Code. Because this Affidavit is submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation. The contents of documents and the actions, statements, and conversations of individuals

referenced below are provided in substance and in part, unless otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

## **RELEVANT TERMS**

3. At all times relevant to this Complaint:

a. A United States citizen was a native of the United States; a person naturalized in the United States; or a person who derived U.S. citizenship (from one or both parents); and who owed allegiance to the United States and was entitled to its full rights, privileges, and protection.

b. An alien was any person not a citizen or national of the United States. This included immigrants (e.g. lawful permanent residents) and non-immigrants (e.g. individuals who were admitted to the United States for a temporary duration, such as a student, a visitor or a temporary worker).

c. A lawful permanent resident ("LPR") was an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder). An Alien Registration Receipt Card (also known as a "Green Card") was

issued to lawful permanent residents as evidence of their status. Upon meeting the statutory prerequisites for naturalization, an LPR could apply to become a naturalized United States citizen.

**INVESTIGATION AND PROBABLE CAUSE**

4. I have reviewed records from the Office of Principal Legal Advisor to the Department of Homeland Security and learned that NYAWARA is not and never has been a United States Citizen. She is a Lawful Permanent Resident (LPR) residing in the United States and a citizen of Kenya.

5. I have reviewed records from the Pennsylvania Department of State and the Snyder County Board of Elections and learned that NYAWARA voted in person in Snyder County, Pennsylvania in the 2024 General Election. The 2024 General Election included the election for President, Vice President, a United States Senator, and a Member of the House of Representatives.

6. Snyder County is within the Middle District of Pennsylvania.

7. On October 23, 2026, I, along with HSI Special Agent Cottrell conducted a voluntary interview with NYAWARA at her residence in Selinsgrove, Pennsylvania. During this interview, NYAWARA admitted

to investigators that she is a Lawful Permanent Resident (LPR), is not a United States citizen, and does not hold a United States passport. During the interview, I presented the aforementioned Pennsylvania Department of State and Snyder County Board of Elections records to NYAWARA. Upon review of the documents, NYAWARA positively identified and confirmed that the signatures on the voter registration and voting records were her own. NYAWARA explicitly admitted to voting in person during the 2024 election. NYAWARA also confirmed she had submitted a "Voter Request to Cancel Registration" to Snyder County following a recent interview with U.S. Citizenship and Immigration Services (USCIS).

## CONCLUSION

8. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe NINA NYAWARA committed a violation of Title 18 U.S.C. Section 611 Voting as an Alien on or about November 5, 2024.

ROBERT MAYER,
Homeland Security Investigations
Special Agent

Sworn and subscribed before
me this 15th day of October, 2026.

SUSAN E. SCHWAB
U.S. Magistrate Judge